*Commonwealth v. Batts,* —— Pa. ——, 163 A.3d 410 (2017).

CHERRY FIEGER & MARCIANO, LLP, David R. Cherry and Thomas Fieger, Jr.

v.

Kevin MARCIANO and Marciano & Macavoy

Petition of: Thomas Fieger Jr.

Cherry Fieger & Marciano, LLP, David R. Cherry and Thomas Fieger, Jr.

v.

Kevin Marciano and Marciano & Macavoy

Petition of: Thomas Fieger Jr.

No. 189 EAL 2017
No. 190 EAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Mark BIGGS a/k/a Saladine Sweets, Petitioner

No. 246 EAL 2017

Supreme Court of Pennsylvania.

October 12, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 12th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Andrew Robert HESS, Petitioner

No. 365 MAL 2017

Supreme Court of Pennsylvania.

October 12, 2017